IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IRON WORKERS DISTRICT COUNCIL
OF SOUTHERN OHIO & VICINITY
BENEFIT TRUST, *et al.*,

    Plaintiffs,                                 Case No. 3:20-cv-368

vs.

SKY STEEL, INC., *et al.*,                    District Judge Michael J. Newman
                                                          Magistrate Judge Peter B. Silvain, Jr.

    Defendants.

_____

## ORDER STAYING THIS CASE
_____

Pursuant to the Notice of Bankruptcy advising the Court of Defendant Sky Steel, Inc.'s filing of a bankruptcy petition (Doc. No. 18), the Court hereby **ORDERS** this case **STAYED** under 11 U.S.C. § 362(a), pending conclusion of Defendant's bankruptcy proceedings.

The parties shall update the Court within 60 days after the bankruptcy case is resolved. If this case becomes moot as a result of the bankruptcy proceedings, the parties shall likewise notify the Court within 60 days.

    **IT IS SO ORDERED.**

July 12, 2021                                                                s/Michael J. Newman
                                                                                   Hon. Michael J. Newman
                                                                                   United States District Judge