IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| Iron Workers District Council Of Southern Ohio & Vicinity Benefit Trust, *et al.*, | : | |
| | : | Case No. 3:20-cv-368 |
| Plaintiffs, | : | |
| | : | District Judge Michael J. Newman |
| vs. | : | |
| Stephen Collins,[1] | : | |
| | : | |
| Defendant. | : | |
| | : | |

---

**ORDER: (1) STAYING THIS CASE UNDER 11 U.S.C. § 362(a); (2) REQUIRING PLAINTIFFS TO FILE A STATUS REPORT EVERY THREE MONTHS BEGINNING ON NOVEMBER 1, 2023; (3) REQUIRING PLAINTIFFS TO NOTIFY THE COURT WITHIN 30 DAYS AFTER THE BANKRUPTCY PROCEEDINGS ARE RESOLVED; AND (4) REQUIRING PLAINTIFFS TO NOTIFY THE COURT WITHIN 30 DAYS IF THIS CASE BECOMES MOOT AS A RESULT OF THE BANKRUPTCY PROCEEDINGS**

---

Pursuant to the recently filed notice of suggestion of bankruptcy, advising the Court that Defendant Stephen Collins has filed a voluntary bankruptcy petition under Chapter 11 of the United States Code (Doc. No. 30), the Court hereby **ORDERS** this case **STAYED** under 11 U.S.C. § 362(a), pending conclusion of Defendant Collins's bankruptcy proceedings.

Plaintiff shall keep the Court apprised of the status of Defendant Collins's bankruptcy case by **FILING** a **STATUS REPORT** in the present case every three months beginning on **November 1, 2023**.

Plaintiff shall also **NOTIFY** the Court within 30 days after the bankruptcy is resolved. If this case becomes moot as a result of the bankruptcy proceedings, Plaintiff shall likewise **NOTIFY**

---

[1] Plaintiffs' claims in this case against Defendant Sky Steel, Inc. were previously discharged in bankruptcy proceedings. Doc. No. 22. Defendant Collins is the sole remaining Defendant in the instant case.

the Court within 30 days.

    **IT IS SO ORDERED.**

October 17, 2023                          s/Michael J. Newman
                                                    Hon. Michael J. Newman
                                                    United States District Judge