UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IRON WORKERS DISTRICT
COUNCIL OF SOUTHERN OHIO
& VICINITY BENEFIT TRUST, *et al.*,

    Plaintiffs,

vs.

SKY STEEL, INC., *et al.*,

    Defendants.

Case No. 3:20-cv-368

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) GRANTING PLAINTIFFS' UNOPPOSED, VOLUNTARY MOTION TO DISMISS ALL CLAIMS AND COUNTS (Doc. No. 42); (2) TERMINATING THE REFERENCE TO THE UNITED STATES MAGISTRATE JUDGE; (3) DISMISSING THIS CASE WITHOUT PREJUDICE; AND (4) TERMINATING THIS CASE ON THE DOCKET**

---

This case is before the Court upon Plaintiffs' unopposed, voluntary motion to dismiss all claims and counts pursuant to Fed. R. Civ. P. 41(a)(2).  Doc. No. 42.  For good cause shown, and in the absence of opposition, the Court **GRANTS** Plaintiffs' motion to dismiss its complaint.  *See Grover by Grover v. Eli Lilly & Co.*, 33 F.3d 716, 718 (6th Cir. 1994).  Accordingly, the reference to the United States Magistrate Judge is **TERMINATED**, and this case is **DISMISSED WITHOUT PREJUDICE** and **TERMINATED** on the docket.

    **IT IS SO ORDERED.**

October 20, 2025                                                        s/*Michael J. Newman*
                                                                                                         Hon. Michael J. Newman
                                                                                                         United States District Judge